UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: Hospitality Ward | CASE NO: 18-42685-MJH |
| | CHAPTER: 13 |
| Debtor (s) | |

### NOTICE OF CLAIM SATISFACTION AND LIEN RELEASE

As to Claim 9 filed on 10/12/2018, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim has been satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo will release its lien and submit the appropriate documents to the Debtor(s)\borrowers. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

Dated: June 17, 2019                                                        STEWART, ZLIMEN & JUNGERS, LTD.

                  By /s/ Bradley J. Halberstadt
                     Bradley J. Halberstadt
                     Attorney in Fact
                     2860 Patton Road
                     Roseville, MN  55113
                     Phone:  651-366-6380, Ext. 111
                     Fax:  651-366-6383
                     E-Mail:  brad@szjlaw.com

### CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on June 17, 2019, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

BK-07 (05/23/18)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.