**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Hospitality Ward |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western    District of    WA (State) |
| Case number | 18-42685-MJH |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 5923 ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice

11 / 01 / 2020

**New total payment:**
Principal, interest, and escrow, if any

$ 1,084.45

---

**Part 1:    Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 59.59          New escrow payment: $ 130.41

---

**Part 2:    Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

---

**Part 3:    Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

---

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michelle Ghidotti      Date 09/21/2020

Signature

Print:    Michelle Ghidotti      Title   AUTHORIZED AGENT

First Name     Middle Name     Last Name

Company    Ghidotti Berger LLP.

Address    1920 Old Tustin Ave.

Number     Street

Santa Ana, CA 92705

City     State     ZIP Code

Contact phone   ( 949 ) 427 _ 2010      Email bknotifications@ghidottiberger.com

Analysis Date:   September 16, 2020

SHARON B WARD                                                    Loan:
613 S 63RD ST
TACOMA WA  98408                              Property Address:
                                             613 SOUTH 63RD STREET
                                             TACOMA, WA  98408

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Sept 2019 to Oct 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 954.04 | 954.04 ** |
| Escrow Payment: | 59.59 | 130.41 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,013.63 | $1,084.45 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2020 |
| Escrow Balance: | (560.44) |
| Anticipated Pmts to Escrow: | 119.18 |
| Anticipated Pmts from Escrow (-): | 206.82 |
| Anticipated Escrow Balance: | ($648.08) |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 0.00 |
| Sep 2019 | | 44.49 | | | * Escrow Only Payment | 0.00 | 44.49 |
| Sep 2019 | | | 2,468.83 | | * | 0.00 | (2,424.34) |
| Oct 2019 | | | | | | 0.00 | (2,424.34) |
| Oct 2019 | | 1,450.88 | | | * Escrow Only Payment | 0.00 | (973.46) |
| Nov 2019 | | 54.67 | | | * | 0.00 | (918.79) |
| Nov 2019 | | 109.34 | | | * | 0.00 | (809.45) |
| Dec 2019 | | | | 283.85 | * Forced Place Insur | 0.00 | (1,093.30) |
| Jan 2020 | | 54.67 | | | * | 0.00 | (1,038.63) |
| Jan 2020 | | 54.67 | | | * | 0.00 | (983.96) |
| Jan 2020 | | | | 103.85 | * Forced Place Insur | 0.00 | (1,087.81) |
| Feb 2020 | | 101.83 | | | * Escrow Only Payment | 0.00 | (985.98) |
| Feb 2020 | | 54.67 | | | * | 0.00 | (931.31) |
| Feb 2020 | | 184.99 | | | * Escrow Only Payment | 0.00 | (746.32) |
| Feb 2020 | | | | 103.71 | * Forced Place Insur | 0.00 | (850.03) |
| Mar 2020 | | | | 103.63 | * Forced Place Insur | 0.00 | (953.66) |
| Apr 2020 | | 54.67 | | | * | 0.00 | (898.99) |
| Apr 2020 | | | | 103.63 | * Forced Place Insur | 0.00 | (1,002.62) |
| May 2020 | | 54.67 | | | * | 0.00 | (947.95) |
| May 2020 | | | | 103.59 | * Forced Place Insur | 0.00 | (1,051.54) |
| Jun 2020 | | 54.67 | | | * | 0.00 | (996.87) |
| Jun 2020 | | | | 103.55 | * Forced Place Insur | 0.00 | (1,100.42) |
| Jul 2020 | | 54.67 | | | * | 0.00 | (1,045.75) |
| Jul 2020 | | | | 103.50 | * Forced Place Insur | 0.00 | (1,149.25) |
| Aug 2020 | | 54.67 | | | * | 0.00 | (1,094.58) |
| Aug 2020 | | | | 103.46 | * Forced Place Insur | 0.00 | (1,198.04) |

| Sep 2020 | | 741.01 | | | * Escrow Only Payment | 0.00 | (457.03) |
| Sep 2020 | | | | 103.41 | * Forced Place Insur | 0.00 | (560.44) |
| | | | | | Anticipated Transactions | 0.00 | (560.44) |
| Sep 2020 | | 59.59 | | 103.41 | Forced Place Insur | | (604.26) |
| Oct 2020 | | 59.59 | | 103.41 | Forced Place Insur | | (648.08) |
| | $0.00 | $3,243.75 | $0.00 | $3,891.83 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date:   September 16, 2020

SHARON B WARD                                                        Loan:

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|---------|----------|-------------|-------------|----------|
|      | To Escrow | From Escrow |           | Anticipated | Required |
|      |         |          | Starting Balance | (648.08) | 0.00 |
| Nov 2020 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Dec 2020 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Jan 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Feb 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Mar 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Apr 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| May 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Jun 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Jul 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Aug 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Sep 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
| Oct 2021 | 103.41 | 103.41 | Forced Place Insur | (648.08) | 0.00 |
|      | $1,240.92 | $1,240.92 |         |             |          |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 0.00.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 206.82 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (648.08).  Your starting balance (escrow balance required) according to this analysis should be $0.00.  This means you have a shortage of 648.08. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 1,240.92.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 103.41 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 27.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $130.41 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,057.45 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## <u>CERTIFICATE OF SERVICE</u>

On September 21, 2020, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by electronic means through the Court's ECF program:

***Debtors Attorney***
**Brett L Wittner**
BLWittner@bvmm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On September 21, 2020, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

***Debtor***
**Hospitality Ward**
613 S. 63rd St.
Tacoma, WA 98408

***Trustee***
**Michael G. Malaier**
2122 Commerce Street
Tacoma, WA 98402

***US Trustee***
**United States Trustee**
700 Stewart St Ste 5103
Seattle, WA 98101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May